# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN ROBERT ZURZOLO,

  Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY,

  Defendant.

2:10-CV-590 JCM (LRL)

# ORDER

  Presently before the court is the report and recommendation of United States Magistrate Judge Lawrence R. Leavitt. (Doc. #7).

  Upon reviewing the plaintiff's complaint and amended complaint, the magistrate judge recommends that the case be dismissed with prejudice.

  On July 26, 2010, the court instructed the plaintiff to amend his complaint to cure deficiencies therein, including failing to state a cause of action, asserting no violation of civil rights, and not naming any defendants. (Doc. #2). He was directed to adequately amend his complaint by August 21, 2010, and was told that the failure to do so would result in a dismissal of the complaint. After reviewing the plaintiff's amended complaint (doc. #6), the court found that it suffered the same deficiencies as the original complaint. Without a legal cognizable ground for relief, the magistrate judge recommended that the case be dismissed with prejudice.

  Pursuant to Local Rule IB 3-2, the parties may file specific written objections to the magistrate judge's report and recommendation within fourteen days of receipt. Objections to the

**James C. Mahan**
**U.S. District Judge**

report and recommendation were due on October 18, 2010. To date, no objections have been filed.

Upon review of the magistrate judge's finding and recommendation (Doc. #8), and there not being any objections,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Lawrence R. Leavitt's report and recommendation (Doc. #7) is AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that the case of *Zurzolo v. CIA Langley* (Case No. 2:10-cv-00590-JCM-LRL) be, and the same hereby is, DISMISSED with prejudice.

DATED November 15, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -